**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **MERCADO,** | **24-cv-5731 (ALC)** |
| **Plaintiff,** | |
| -against- | <u>**ORDER OF DISCONTINUANCE**</u> |
| **BRONX HEALTHCARE SYSTEM,** | |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

sixty (60) days.  All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:     May 13, 2025
            New York, New York

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**